UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN DOUGLAS DONAHOE,

    Plaintiff,

  v.

ROBERT LEWIS, et al.,

    Defendants.

CASE NO. C10-5631BHS

ORDER OF DISMISSAL

This matter comes before the Court on Plaintiff Kevin Donahoe's ("Donahoe") lack of response to the Court's order to show cause (Dkt. 88). On January 26, 2011, the Court issued an order for Donahoe to show good cause why this action should not be dismissed for his failure to serve any of the Defendants in this action within 120 days of filing his complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure. Dkt. 88. Donahoe failed to file a response to the order.

Therefore, the Court **ORDERS** that this action is **DISMISSED**.

DATED this 17th day of February 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER